IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

YALITZA ROSARIO-MENENDEZ,

Plaintiff,

v.

ADMINISTRACION DE COMPENSACIONES POR ACCIDENTES DE AUTOMOVILES, *et al.*,

Defendants.

CIVIL NO. 14-1670 (JAG)

## JUDGMENT

GARCIA-GREGORY, D.J.

Pursuant to the Court's Memorandum and Order dated February 3, 2016 and the Court's Order dated February 5, 2016, Docket Nos. 36 & 39, this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, February 5, 2016.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge